IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| In the Matter of | ) | |
| the Tax Indebtedness of | ) | Civil No.  09-mc-202-KHV-GLR |
| Earl David Hill. | ) | |

### ORDER APPROVING LEVY UPON PRINCIPAL RESIDENCE

This matter having come before the undersigned upon the Petition of the United States and the accompanying Declaration of Larry Inman and exhibits attached thereto, the Court having issued a Notice and Order to Show Cause which was properly served, Earl David Hill having filed no written Objection to Petition, and the Court having considered the arguments made and evidence presented,

IT IS HEREBY ORDERED THAT, pursuant to Internal Revenue Code section 6334, the Court GRANTS the Petition for Judicial Approval of Levy Upon Principal Residence.  The Internal Revenue Service may levy upon Earl David Hill's interest in the property located at 1201 Peach Street, Eudora, Kansas 66025 to satisfy part or all of his unpaid tax liability for the taxable year 2000, which may be executed by any authorized officer of the Internal Revenue Service.

It is FURTHER ORDERED that the Clerk of the Court shall mail a copy of this ORDER to:

MICHAEL J. ROESSNER
United States Department of Justice, Tax Division
Post Office Box 7238
Washington, DC  20044

3927923.1

-and-

Earl David Hill
1201 Peach Street,
Eudora, Kansas 66025


Dated this 22nd day of April, 2009.


                                                <u>s/ Gerald L. Rushfelt</u>
                                                Gerald L. Rushfelt
                                                United States Magistrate Judge